**EXHIBIT A**

STAMPONE O'BRIEN DILSHEIMER LAW
BY:   PRINCE HOLLOWAY, ESQUIRE
      Attorney I.D. No.: 209591
500 Cottman Avenue
Cheltenham, PA 19012
(215)663-0400
Attorney for Plaintiff(s)

Filed and Attested by the
Office of Judicial Records
12 AUG 2020 01:44 pm
S. RICE

**THIS IS A MAJOR CASE**
**JURY TRIAL DEMANDED**

| | |
|---|---|
| ROBERT HORN<br>1728 Walker Street<br>Philadelphia, PA 19131<br><br>v.<br><br>STATE FARM INSURANCE COMPANY<br>1 State Farm Drive<br>Concordville, PA 19339 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br><br>NO. |

<table>
<tr><th style="text-align:center">NOTICE</th><th style="text-align:center">AVISO</th></tr>
<tr><td>You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance person-ally or by attorney and filing in writing with the court your defense objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.<br><br>You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.<br><br> Philadelphia Bar Association<br>Lawyer Referral<br>and Information Service<br>One Reading Center<br>Philadelphia, PA 19107<br>(215) 238-1701 </td><td>Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea a visado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede pere dinero o sus propiedades u otros derechos importantes para usted.<br><br>Lleva esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.<br><br> Asociacion de Licenciados<br>de Filadelfia<br>Servicio de Referencia e<br>Informacion Legal<br>One Reading Center<br>Filadelfia, PA 19107<br>(215) 238-1701 </td></tr>
</table>

Case ID: 200801010

STAMPONE O'BRIEN DILSHEIMER LAW
BY:   PRINCE HOLLOWAY, ESQUIRE
         Attorney I.D. No.: 209591
500 Cottman Avenue
Cheltenham, PA 19012
(215)663-0400
Attorney for Plaintiff(s)

**THIS IS A MAJOR CASE**
**JURY TRIAL DEMANDED**

| | |
|---|---|
| ROBERT HORN<br>1728 Walker Street<br>Philadelphia, PA 19131 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY |
| v. | |
| STATE FARM INSURANCE COMPANY<br>1 State Farm Drive<br>Concordville, PA 19339 | NO. |

## COMPLAINT

1. Plaintiff, Robert Horn, is an individual and citizen of the Commonwealth of Pennsylvania, residing therein at 1728 Walker Street, Philadelphia, PA, 19131.

2. Defendant, State Farm Insurance Company, is a corporation and insurance company existing under the laws of the Commonwealth of Pennsylvania, with a regular place of business located at 1 State Farm Drive, Concordville, PA, 19339.

3. On or about August 22, 2018, at or about 8:00 p.m., Plaintiff, Robert Horn, was running on Market Street and 21st Street in Philadelphia, PA, when while making a right turn on 21st Street, he was suddenly and without warning struck by a vehicle which was making a right hand turn out of a parking lot, violently striking Plaintiff, causing him to be thrown up onto the hood of the car, causing severe and serious injuries and damages to the Plaintiff as described at length below. The striking vehicle fled the scene of the accident and no information was obtained regarding same.

4.  The accident was due in no manner whatsoever to any act or failure to act on the part of the Plaintiff.

5.  As a result of the aforesaid accident, Plaintiff, Robert Horn, has suffered injuries which are serious and permanent in nature, including but not limited to: convergence insufficiency, accommodative excess and post-concussion vision syndrome; vestibular dysfunction syndrome stemming from a dramatic concussion; significant visual convergence issues and ocular headaches; cervical strain and sprain; dizziness; visual fatigue; contusions, lacerations, and abrasions over various portions of his body; post traumatic anxiety and depression; severe damages to his nerves and nervous system; and various other ills and injuries which the Plaintiff yet suffers and may continue to suffer for indefinite time into the future.

6.  As a further result of the aforesaid accident, Plaintiff, Robert Horn, has been obliged to receive and undergo medical attention and care and to incur various and diverse expenses, all of which have or may exceed the sums and value recoverable under 75 Pa. C.S. Section 1711 and which the Plaintiff may continue to expend and incur for an indefinite time into the future.

7.  As a further result of the aforesaid accident, Plaintiff, Robert Horn, has and may continue to suffer a severe loss of his earnings and impairment of his earning capacity and power, all of which may continue indefinitely into the future and exceed the sums and value recoverable under 75 Pa. C.S. Section 1711.

8.  As a further result of the aforesaid accident, Plaintiff, Robert Horn, has suffered severe physical pain and trauma, mental upset and anguish and humiliation and may continue to suffer the same for an indefinite time into the future.

9. As a further result of the aforesaid accident, Plaintiff, Robert Horn, has suffered a diminution in his ability to enjoy life and life's pleasures, all of which may continue indefinitely into the future.

## COUNT I
## ROBERT HORN V. STATE FARM INSURANCE COMPANY
## CONTRACT ACTION – UNINSURED MOTORIST CLAIM

10. Plaintiff herein incorporates by reference all of the allegations contained in Paragraphs 1 through 9 as if fully set forth at length herein.

11. By contract, Plaintiff, Robert Horn, is and was the insured under a policy of automobile insurance with State Farm Insurance Company, Policy No. 330 7409 E28 38, which was in effect on the date and time of the above referenced accident. It is believed and therefore averred that State Farm Insurance Company has a full copy of the applicable insurance policy. (A true and correct copy of the applicable declaration page and policy is attached hereto as Exhibit "A").

12. Plaintiff purchased, elected and paid premiums to State Farm Insurance Company to provide coverage for his vehicle with uninsured motorist coverage for bodily injury in the amount of $100,000.00 on the policy per person.

13. State Farm Insurance Company has been advised of the uninsured status of the tortfeasor.

14. State Farm Insurance Company has been provided with a reasonable opportunity to evaluate Plaintiff's claims and pay Plaintiff all Uninsured Motorist benefits to which he is entitled.

15. By contract, as well as by operation of law, Defendant, State Farm Insurance Company, as the Uninsured Motorist carrier for Plaintiff is required to pay those damages that were sustained by their insured caused by the negligent conduct of the uninsured tortfeasor.

16. It is believed and therefore averred that the value of Plaintiff, Robert Horn's, claim is in excess of the $100,000.00 bodily limits provided by uninsured motorist benefits.???

17. Despite repeated demands, Defendant, State Farm Insurance Company, has refused to tender the demanded Uninsured motorist policy limits of $100,000.00 on the claim of Robert Horn. Defendant, through its agent, adjuster, Ashley Christopher, has not made a reasonable offer to resolve Plaintiff's claim.

18. The failure and refusal to pay Plaintiff, Robert Horn, the $100,000.00 policy limits and to make a good faith offer on the claim for Plaintiff, Robert Horn, is a breach of Defendant's fiduciary duty to its insured under the insurance contract as referenced above.

WHEREFORE, Plaintiff, Robert Horn, demands judgment in his favor and against Defendant, State Farm Insurance Company, in an amount in excess of Fifty Thousand ($50,000.00) Dollars, plus incidental and consequential damages, interest and costs of suit.

Respectfully submitted,

STAMPONE O'BRIEN DILSHEIMER LAW

BY: _____
PRINCE HOLLOWAY, ESQUIRE
Attorney for Plaintiff(s)

Case ID: 200801010

## VERIFICATION

ROBERT HORN, states that he is the Plaintiff herein, that he is acquainted with the facts set forth in the foregoing pleading, that the same are true and correct to the best of his information, knowledge and belief and that this statement is made subject to the penalties of 18 Pa. C.S.A., Section 4904, relating to unsworn falsification to authorities.

_____
ROBERT HORN

# EXHIBIT "A"

Case ID: 200801010

74RFECS          12/7/2018 4:03:06 PM   PAGE   2/009   Fax Server

State Farm Mutual Automobile Insurance Company
One State Farm Dr
Concordville, PA 19339

72340-2-A          MUTL VOL

### DECLARATIONS PAGE
NAIC# 25178          PAGE 1 OF 2

NAMED INSURED
4T3
003558 0056          3B-9F01-2 A   A
HORN, BOBBY
1728 WALLACE ST APT 201
PHILADELPHIA PA  19130-3367

POLICY NUMBER  330 7409-E28-38
POLICY PERIOD MAY 28 2018 to NOV 28 2018
12:01 A.M. Standard Time

STATE FARM PAYMENT PLAN NUMBER
1252335413

AGENT
MICHAEL DECARLO
326 S 19TH ST OFC 2
PHILADELPHIA, PA 19103-2586

PHONE: (215)772-0100

**DO NOT PAY PREMIUMS SHOWN ON THIS PAGE.**
**IF AN AMOUNT IS DUE, THEN A SEPARATE STATEMENT IS ENCLOSED.**

### YOUR CAR

| YEAR | MAKE | MODEL | BODY STYLE | VEHICLE ID NUMBER | CLASS |
|---|---|---|---|---|---|
| 2017 | AUDI | A3 | 4DR | WAUB1GFF9H1051252 | 100060H000 |

| SYMBOLS | COVERAGE & LIMITS | PREMIUMS |
|---|---|---|
| A | Liability Coverage | $174.93 |
| | Bodily Injury Limits | |
| | Each Person  Each Accident | |
| | $100,000   $300,000 | |
| | Property Damage Limit | |
| | Each Accident | |
| | $100,000 | |
| C2 | Medical Payments Coverage | $17.34 |
| | Limit Each Person | |
| | $5,000 | |
| D | Comprehensive Coverage - $500 Deductible | $64.65 |
| G | Collision Coverage - $500 Deductible | $309.36 |
| H | Emergency Road Service Coverage | $3.00 |
| R1 | Car Rental and Travel Expenses Coverage | $15.50 |
| | Limit Car Rental Expense | |
| | Each Day,   Each Loss | |
| | 80%   $1,000 | |
| U3 | Uninsured Motor Vehicle Coverage | $3.39 |
| | Bodily Injury Limits | |
| | Each Person,  Each Accident | |
| | $100,000   $300,000 | |
| W3 | Underinsured Motor Vehicle Coverage | $34.31 |
| | Bodily Injury Limits | |
| | Each Person,  Each Accident | |
| | $100,000   $300,000 | |
| F | Funeral Benefits Coverage | $.32 |
| | Each Person Limit | |
| | $2,500 | |
| Z1 | Loss of Income Coverage | $1.34 |

Total premium for MAY 28 2018 to NOV 28 2018       $624.14   The amount

### IMPORTANT MESSAGES
New Policy Form

State Farm works hard to offer you the best combination of price, service, and protection. The amount you pay for automobile insurance is determined by many factors such as the coverages you have, where you live, the kind of car you drive, how your car is used, who drives the car, and information from consumer reports.

You have the right to request, no more than once during a 12-month period, that your policy be re-rated using a current credit-based insurance score. The resulting impact due to the credit portion of the re-rated insurance score will not increase your premium; however, your overall premium may decrease, remain the same, or increase due to other factors impacting your total premium.

CONTINUED
See Reverse Side

10247/03460

Case ID: 200801010

This policy is issued by State Farm Mutual Automobile Insurance Company.

## MUTUAL CONDITIONS

1. **Membership.** While this policy is in force, the first insured shown on the Declarations Page is entitled to vote at all meetings of members and to receive dividends the Board of Directors in its discretion may declare in accordance with reasonable classifications and groupings of policyholders established by such Board.

2. **No Contingent Liability.** This policy is non-assessable.

3. **Annual Meeting.** The annual meeting of the members of the company shall be held at its home office at Bloomington, Illinois, on the second Monday of June at the hour of 10:00 A.M., unless the Board of Directors shall elect to change the time and place of such meeting, in which case, but not otherwise, due notice shall be mailed each member at the address disclosed in this policy at least 10 days prior thereto.

In Witness Whereof, the State Farm Mutual Automobile Insurance Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

*Lynne M. Yowell*
Secretary

*Michael Tipsord*
President

THIS MESSAGE APPLIES TO CAR POLICIES:

IF YOU HAVE "COLLISION" COVERAGE ON THIS POLICY, YOU ALSO HAVE "COLLISION" COVERAGE ON ANY RENTED CAR WHILE IT IS DRIVEN BY OR IN THE CUSTODY OF AN INSURED.

   PLEASE NOTE THESE LIMITATIONS AND EXCEPTIONS:

   1. THIS COVERAGE APPLIES FOR NO MORE THAN 30 CONSECUTIVE DAYS BEGINNING ON THE DAY YOU BEGIN USING THE CAR.

   2. THIS AUTOMATIC EXTENSION OF COVERAGE IS FOR COLLISION COVERAGE ONLY. NO OTHER CHARGES IMPOSED BY YOUR RENTAL AGREEMENT ARE COVERED.

   3. THIS COVERAGE IS SECONDARY TO OTHER INSURANCE CARRIED ON A RENTED CAR AND IS SUBJECT TO ALL OTHER POLICY PROVISIONS AND APPLICABLE ENDORSEMENTS.

THIS MESSAGE APPLIES TO RECREATIONAL VEHICLE POLICIES:

ANY "PHYSICAL DAMAGE" COVERAGE THAT YOU MAY HAVE ON THIS POLICY DOES NOT APPLY TO RENTED RECREATIONAL VEHICLES.

```
74RFECS                 12/7/2018 4:03:06 PM   PAGE    4/009    Fax Server
```

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company | 72340,2-A            MUTL  VOL |
| One State Farm Dr<br>Concordville, PA 19339 | **DECLARATIONS PAGE** |
| | NAIC#  25178                    PAGE 2 OF 2 |
| NAMED INSURED   003858  0058     3H-9F01-2 A   A | POLICY NUMBER   330 7409-E28-38 |
| HORN, BOBBY<br>1729 WALLACE ST APT 201<br>PHILADELPHIA PA  19130-3367 | POLICY PERIOD MAY 28 2018 to NOV 28 2018<br>12:01 A.M. Standard Time |
| | STATE FARM PAYMENT PLAN NUMBER<br>1252335413 |

**EXCEPTIONS, POLICY BOOKLET & ENDORSEMENTS (See policy booklet & individual endorsements for coverage details.)**

```
YOUR POLICY CONSISTS OF THIS DECLARATIONS PAGE. THE POLICY BOOKLET -
FORM 9838A, AND ANY ENDORSEMENTS THAT APPLY, INCLUDING THOSE ISSUED TO YOU
WITH ANY SUBSEQUENT RENEWAL NOTICE.
6097BU LEASED MOTOR VEHICLES (LESSOR AS ADDITIONAL INSURED AND LOSS
PAYEE - AUDI FINANCIAL SERVICES, PO BOX 277, MINNEAPOLIS MN 55440-0277.
6126LN    AMENDATORY ENDORSEMENT.
6126NT    AMENDATORY ENDORSEMENT.
6126MV    AMENDATORY ENDORSEMENT.
6128ON    AMENDATORY ENDORSEMENT.
6938A.1   AMENDATORY ENDORSEMENT.
THIS POLICY PROVIDES LIMITED TORT OPTION.
```

Agent:  MICHAEL DECARLO
Telephone: (215)772-0100
Prepared  MAY 08 2018      9F01-A3F

```
10248/03460
```

74RFECS                12/7/2018 4:03:06 PM  PAGE    5/009   Fax Server

This policy is issued by State Farm Mutual Automobile Insurance Company.

## MUTUAL CONDITIONS

1. **Membership.** While this policy is in force, the first insured shown on the Declarations Page is entitled to vote at all meetings of members and to receive dividends the Board of Directors in its discretion may declare in accordance with reasonable classifications and groupings of policyholders established by such Board.

2. **No Contingent Liability.** This policy is non-assessable.

3. **Annual Meeting.** The annual meeting of the members of the company shall be held at its home office at Bloomington, Illinois, on the second Monday of June at the hour of 10:00 A.M., unless the Board of Directors shall elect to change the time and place of such meeting, in which case, but not otherwise, due notice shall be mailed each member at the address disclosed in this policy at least 10 days prior thereto.

In Witness Whereof, the State Farm Mutual Automobile Insurance Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

*Lynne M. Yowell*          *Michael Tipsord*
Secretary                  President

THIS MESSAGE APPLIES TO CAR POLICIES:

IF YOU HAVE "COLLISION" COVERAGE ON THIS POLICY, YOU ALSO HAVE "COLLISION" COVERAGE ON ANY RENTED CAR WHILE IT IS DRIVEN BY OR IN THE CUSTODY OF AN INSURED.

   PLEASE NOTE THESE LIMITATIONS AND EXCEPTIONS:

   1. THIS COVERAGE APPLIES FOR NO MORE THAN 30 CONSECUTIVE DAYS BEGINNING ON THE DAY YOU BEGIN USING THE CAR.

   2. THIS AUTOMATIC EXTENSION OF COVERAGE IS FOR COLLISION COVERAGE ONLY. NO OTHER CHARGES IMPOSED BY YOUR RENTAL AGREEMENT ARE COVERED.

   3. THIS COVERAGE IS SECONDARY TO OTHER INSURANCE CARRIED ON A RENTED CAR AND IS SUBJECT TO ALL OTHER POLICY PROVISIONS AND APPLICABLE ENDORSEMENTS.

THIS MESSAGE APPLIES TO RECREATIONAL VEHICLE POLICIES:

ANY "PHYSICAL DAMAGE" COVERAGE THAT YOU MAY HAVE ON THIS POLICY DOES NOT APPLY TO RENTED RECREATIONAL VEHICLES.

B10

Case ID: 200801010

PLEASE ATTACH TO YOUR POLICY BOOKLET

Policy Number: 330 7409-E28-38
Sheet 1 of 2

# 6126LN AMENDATORY ENDORSEMENT

This endorsement is a part of the policy. Except for the changes this endorsement makes, all other provisions of the policy remain the same and apply to this endorsement.

## 1. THIS POLICY

The following is added (this replaces item 1. of endorsement 6938A.1):

1. *Your* purchase of this policy may allow:

    a. *you* to purchase or obtain certain coverages, *coverage* options, coverage deductibles, coverage limits, or coverage terms on other products from the *State Farm Companies*, subject to their applicable eligibility rules; or

    b. the premium or price for other (1) insurance; (2) financial; (3) vehicle; (4) home; (5) electronic; or (6) travel, products or services purchased by *you*, including non-insurance products or services, to vary. Such other products or services must be provided by the *State Farm Companies* or by an organization that has entered into an agreement or contract with the *State Farm Companies*. The *State Farm Companies* do not warrant the merchantability, fitness, or quality of any product or service offered or provided by that organization.

## 2. LIABILITY COVERAGE

Insuring Agreement and Supplementary Payments are replaced by the following:

**Insuring Agreement**

1. *We* will pay damages an *insured* becomes legally liable to pay because of:

    a. *bodily injury* to others; and

    b. damage to property

    caused by an accident that involves a vehicle for which that *insured* is provided Liability Coverage by this policy.

2. *We* have the right to:

    a. investigate, negotiate, and settle any claim or lawsuit.

    b. defend an *insured* in any claim or lawsuit, with attorneys chosen by *us*; and

    c. appeal any award or legal decision for damages payable under this policy's Liability Coverage.

**Supplementary Payments**

*We* will pay, in addition to the damages described in the Insuring Agreement of this policy's Liability Coverage, those items listed below that result from such accident:

1. Attorney fees for attorneys chosen by *us* to defend an *insured* who is sued for such damages. *We* have no duty to pay attorney fees incurred after *we* deposit in court or pay the amount due under the Insuring Agreement of this policy's Liability Coverage;

2. Court costs awarded by the court against an *insured* and resulting from that part of the lawsuit:

    a. that seeks damages payable under this policy's Liability Coverage; and

    b. against which *we* defend an *insured* with attorneys chosen by *us*.

    *We* have no duty to pay court costs incurred after *we* deposit in court or pay the amount due under the Insuring Agreement of this policy's Liability Coverage;

3. Interest the *insured* is legally liable to pay on damages payable under the Insuring Agreement of this policy's Liability Coverage:

    a. before a judgment, but only the interest on that part of the damages *we* pay; or

    (1) that part of the damages *we* pay, or

    (2) this policy's applicable Liability Coverage limit; and

    b. after a judgment.

    *We* have no duty to pay interest that accrues after *we* deposit in court, pay, offer to pay the amount due under Insuring Agreement of this policy's Liability Coverage. *We* also have no duty to pay interest that accrues on damages paid or payable by a party other than the *insured* or *us*;

4. Premiums for bonds, provided by company chosen by *us*, required to perfect a decision in a lawsuit against *insured*. *We* have no duty to:

    a. pay for any bond with a face amount that exceeds this policy's applicable Liability Coverage limit;

    b. furnish or apply for any bonds; or

    c. pay premiums for bonds purchased after *we* deposit in court, pay, offer to pay the amount due under Insuring Agreement of this policy's Liability Coverage; and

5. The following costs and expenses if lated to and incurred after a lawsuit been filed against an *insured*:

    a. Loss of wages or salary, but not other income, up to $200 for each day *insured* attends, at *our* request: (1) arbitration; (2) a mediation; or (3) trial of a lawsuit; and

    b. Reasonable expenses incurred an *insured* at *our* request other than

loss of wages, salary, or other income.

The amount of any of the costs or expenses listed above that are incurred by an *insured* must be reported to *us* before *we* will pay such incurred costs or expenses.

3. **GENERAL TERMS**

  a. The following is added to 2. Where Coverage Applies:

  Death, Dismemberment and Loss of Sight Coverage applies worldwide.

  b. The following is added (this replaces Item 5.a. of endorsement 6939A.1):

  **Limited Coverage in Mexico**

  This policy does not provide Mexican auto insurance and does not comply with Mexican auto insurance requirements. If *you* or any other *insured* plan to drive in Mexico, then auto insurance providing coverage in Mexico should be purchased from a Mexican insurance company.

  Subject to the above paragraph, the following coverages apply in Mexico, but only for accidents and *losses* that occur in Mexico within 50 miles of the United States of America border and only for *insureds* as defined under each of the following coverages:

    a. Liability Coverage

    b. Medical Payments Coverage, Extraordinary Medical Payments Coverage; Loss of Income Coverage; Funeral Benefits Coverage

    c. Physical Damage Coverages

    Any amount payable for the repair or replacement of the *covered vehicle* under this policy will be limited to the cost to repair or replace the *covered vehicle* in the United States of America.

al Automobile Insurance Company, 2011

6126J.N

0249-03460
D1

74RFECS                 12/7/2018 4:03:06 PM   PAGE   7/009    Fax Server

PLEASE ATTACH TO YOUR POLICY BOOKLET                    Policy Number: 330 7409-E28-38

# 6126MT AMENDATORY ENDORSEMENT

This endorsement is a part of the policy. Except for the changes this endorsement makes, all other provisions of the policy remain the same and apply to this endorsement.

## THIS POLICY

The following has been added to item 5.:

*Your* purchase of this policy may allow *you* to purchase an excess and surplus lines policy from the *State Farm Companies*, subject to applicable eligibility rules.

# 6126MV AMENDATORY ENDORSEMENT

This endorsement is a part of the policy. Except for the changes this endorsement makes, all other provisions of the policy remain the same and apply to this endorsement.

## 1. LIABILITY COVERAGE

**If Other Liability Coverage Applies**

The following is added to item 2.:

The Liability Coverage provided by motor vehicle loaned to *you* by a motor vehicle dealer. Such remuneration in the form of a fee, re

1. transported;
2. serviced;
3. repaired; or
4. inspected

by that motor vehicle dealer. Such n remuneration in the form of a fee, re

## 2. PHYSICAL DAMAGE COVERAGES

**If Other Physical Damage Coverage or**

The following is added to item 3.:

The Comprehensive Coverage and th primary coverage for a *loss* to a moto *your car* is being:

1. transported;
2. serviced;
3. repaired; or
4. inspected

by that motor vehicle dealer. Such n remuneration in the form of a fee, re

© Copyright, State Farm Mutual Automobile Insurance Company, 2016

Page 1 of 1

6126MT

Case ID:190801010

VT

cept for the changes this endorsement makes, all other apply to this endorsement.

this policy applies as primary coverage for the use of a for vehicle dealer while *your car* is being:

motor vehicle must be loaned to *you* without financial ntal charge, or lease charge paid directly by *you*.

**Similar Coverage Applies**

e Collision Coverage provided by this policy apply as r vehicle loaned to *you* by a motor vehicle dealer while

notor vehicle must be loaned to *you* without financial ntal charge, or lease charge paid directly by *you*.

age 1 of 1
al Automobile Insurance Company, 2016

6126MV

PLEASE ATTACH TO YOUR POLICY BOOKLET

Policy Number: 330 7409-E28-38
Sheet 2 of 2

## 6938A.1 AMENDATORY ENDORSEMENT

This endorsement is a part of the policy. Except for the changes this endorsement makes, all other provisions of the policy remain the same and apply to this endorsement.

1. **THIS POLICY**

   The following is added:

   5. *Your* purchase of this policy may allow *you* to purchase certain coverages, coverage options, coverage deductibles, coverage limits, or coverage terms on other policies from the *State Farm Companies*, subject to their applicable eligibility rules.

   b. *State Farm Companies* is changed to read:

   *State Farm Companies* means one or more of the following:

   1. State Farm Mutual Automobile Insurance Company;
   2. State Farm Fire and Casualty Company; and
   3. Subsidiaries or affiliates of either 1. or 2. above.

2. **DEFINITIONS**

   a. *Serious injury* is changed by deleting item 1.c. and adding the following:

   4. An individual otherwise bound by the limited tort election shall retain full tort rights if injured while an occupant of a private passenger motor vehicle if that vehicle is described on a policy under which full tort rights were elected and that individual is:

      a. residing in the household of any individual identified by name as an insured under that policy; and

      b. either:

         (1) a spouse or other relative of any individual identified by name as an insured under that policy; or

         (2) a minor in the custody of either such named insured or relative of such named insured.

3. **LIABILITY COVERAGE**

   **Exclusions**

   a. Exclusion 2. is deleted.

   b. The exception to exclusion 8. is changed to read:

      This exclusion does not apply to:

      a. *you*;

      b. any *resident relative*; or

      c. any agent, employee, or business partner of a. or b. above while maintaining or using *your car*, a *newly acquired car*, a *temporary substitute car*, or a *trailer owned by you*.

   c. The exception to exclusion 11. is changed to read:

      This exclusion does not apply to damage to a:

      a. motor vehicle *owned by* the employer of *you* or any *resident relative* if such damage is caused by an *insured* while operating another motor vehicle;

4. **UNINSURED MOTOR VEHICLE COVERAGES**

   **Additional Definitions – Coverages and U3**

   Item 2. under "*Uninsured Motor Vehicle*" is changed means a land motor vehicle:

   2. the owner and driver of which mein unknown and which caus *bodily injury* to the *insured*.

5. **GENERAL TERMS**

   a. The following is added to 2. Wh Coverage Applies.

      Liability Coverage, Medical P ments Coverage, Extraordin Medical Payments Coverage, L of Income Coverage, Funeral B efits Coverage, and Physical Da age Coverages also apply Mexico within 50 miles of United States of America bor A Physical Damage Coverage l in Mexico is determined on the sis of cost at the nearest Uni States of America point.

      Death, Dismemberment and L of Sight Coverage applies a where in the world.

   b. The following is added to 4. Chan to This Policy.

      d. **Change of Policy Address**

         *We* may change the named sured's policy address as sho on the Declarations Page and *our* records to the most rec address provided to *us* by:

   b. residence while rented, leased to an *insured*; or

   c. private garage while rent of leased to an *insured*.

© Copyright, State Farm Mutual Automobile Insurance Company, 2008

Page 1 of 2

6938A.1

© Copyright, State Farm Mutu

 (1) *you*; or
 (2) the United States Postal Service.

c. 7. **Nonrenewal** is changed to read:

 7. **Nonrenewal**

 If *we* decide not to renew this policy:

  a. because a named insured's driver's license or motor vehicle registration has been under suspension or revocation during the policy period, then at least 15 days before the end of the current policy period; or

  b. for any other reason, then at least 60 days before the end of the current policy period

 *we will* mail or deliver a nonrenewal notice to the most recent policy address that *we* have on record for the named insured who is shown on the Declarations Page. The mailing of the notice will be sufficient proof of notice.

d. The first sentence of b. **How and When We May Cancel** of 8. **Cancellation** is changed to read:

 *We* may cancel this policy by mailing or delivering a written notice to the most recent policy address that *we* have on record for the named insured who is shown on the Declarations Page.

e. Item b. of 13. **Legal Action Against Us** is deleted.

0250 0346C
01

Case ID: 200801010